UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOEL FOSTER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRAVO MORTGAGE ASSET TRUST, et al.,<br><br>　　　　　Defendants. | Case No.: C 09-1050 PVT<br><br>**ORDER THAT CASE BE REASSIGNED** |

　　　On March 18, 2009, this court issued an order setting a deadline of March 23, 2009 for all parties shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Plaintiffs did not file either document. On March 23, 2009, Plaintiffs filed an *ex parte* application for a temporary restraining order. Based on the file herein,

　　　IT IS HEREBY ORDERED that this case be reassigned to a District Judge. Absent written consent of all parties, Magistrate Judges do not have authority to hear motions for injunctive relief. *See* 28 U.S.C. § 636(c)(1).

Dated: *3/24/09*

　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*

1
2   ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4   <u>copies mailed on</u>   *3/25/09*          to:
5   Noel Foster
    7526 Andrew Way
6   Aptos, CA 95003
7   Trisha Foster
    7526 Andrew Way
8   Aptos, CA 95003
9
10                                          <u>  /s/   Donna Kirchner           for  </u>
                                            CORINNE LEW
11                                          Courtroom Deputy