Noel Foster
Trisha Foster
7526 Arden Way
Aptos, California 95003

Plaintiffs Pro Se

*IT IS SO ORDERED*
*Judge James Ware*

FILED
MAY 21 P 3: [illegible]
U.S. DISTRICT COURT
N.D. DIST. CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL FOSTER, and TRISHA FOSTER, | Case No.: C 09-01050 JW |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| vs. | Assigned Judicial Officer: The Honorable James Ware |
| BRAVO MORTGAGE ASSET TRUST, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS), and DEUTCHE BANK NATIONAL TRUST COMPANY, | Complaint filed: March 16, 2009 |
| Defendants. | |

- 1 -

NOTICE OF DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 41(a)(1), Plaintiffs hereby voluntarily dismiss this entire action, without prejudice, against all Defendants. No defendant has served upon Plaintiffs an answer or motion for summary judgment. As such, pursuant to F.R.C.P. 41(a)(1), Plaintiffs may and do voluntary dismiss this action in the manner as indicated above.

DATED: May 21, 2009       BY: _____
                              Noel Foster,
                              Plaintiff Pro Se

DATED: May 21, 2009       BY: _____
                              TRISHA FOSTER,
                              Plaintiff Pro Se

**IT IS SO ORDERED:**

The Court VACATES the hearing set for June 8, 2009 at 9:00 AM and further terminates all pending deadlines, and motions. The Clerk shall close this file.

Dated: May 22, 2009            _____
                               United States District Judge

- 2 -

NOTICE OF DISMISSAL

## PROOF OF SERVICE

I am a resident in the County of Santa Cruz, State of California. I am over 18 years of age and not a party to the within action. My residence address is: 7526 Arden Way, Aptos, California 95003.

On May 21, 2009, I served the foregoing document described as:

**NOTICE OF DISMISSAL**

on the interested parties to this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Eric D. Houser, Esq.
Robert W. Norman, Jr., Esq.
**HOUSER & ALLISON**
9970 Research Drive
Irvine, California 92618

I deposited the sealed envelope with the United States Postal Service with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 21, 2009, in the City of Aptos, State of California.

_____
**Michael Harris**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NOEL FOSTER, ET AL.

        Plaintiff,

  v.

BRAVO MORTGAGE ASSET TRUST, ET AL.

        Defendant.
_____/

Case Number: CV09-01050 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Noel Foster
7562 Arden Way
Aptos, CA 95003

Trisha Foster
7562 Arden Way
Aptos, CA 95003

Dated: May 22, 2009

                                Richard W. Wieking, Clerk

                                By: Elizabeth C. Garcia, Deputy Clerk